**DISMISS; Opinion Filed September 4, 2020**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-20-00567-CV**

**REGINALD FORD, Appellant**
**V.**
**RUSHMORE LOAN MANAGEMENT SERVICES, LLC, Appellee**

**On Appeal from the 471st Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 471-03437-2019**

## MEMORANDUM OPINION

Before Justices Schenck, Osborne, and Partida-Kipness
Opinion by Justice Partida-Kipness

The filing fee, docketing statement, and clerk's record in this case are past due. By postcard dated June 2, 2020, we notified appellant the $205 filing fee was due. We directed appellant to remit the filing fee within ten days and expressly cautioned appellant that failure to do so would result in dismissal of the appeal. Also by postcard dated June 2, 2020, we informed appellant the docketing statement in this case was due. We cautioned appellant that failure to file the docketing statement within ten days might result in the dismissal of this appeal without further notice. By letter dated June 30, 2020, we informed appellant the clerk's record had not been

filed because appellant had not paid for the clerk's record. We directed appellant to provide, within ten days, (1) verification of payment or arrangements to pay for the clerk's record, or (2) written documentation that appellant had been found entitled to proceed without payment of costs. We cautioned appellant that failure to do so would result in the dismissal of this appeal without further notice. And by order dated July 15, 2020, we again directed appellant to provide verification that he had paid for the clerk's record and cautioned him the appeal was subject to dismissal if he failed to do so. To date, appellant has not paid the filing fee, provided the required documentation, or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 37.3(b); 42.3(b), (c).

/Robbie Partida-Kipness/
ROBBIE PARTIDA-KIPNESS
JUSTICE

200567F.P05



## Court of Appeals
## Fifth District of Texas at Dallas
## JUDGMENT

REGINALD FORD, Appellant

No. 05-20-00567-CV          V.

RUSHMORE LOAN
MANAGEMENT SERVICES, LLC,
Appellee

On Appeal from the 471st Judicial
District Court, Collin County, Texas
Trial Court Cause No. 471-03437-2019.

Opinion delivered by Justice Partida-Kipness. Justices Schenck and
Osborne participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

It is **ORDERED** that appellee RUSHMORE LOAN MANAGEMENT SERVICES, LLC recover its costs of this appeal from appellant REGINALD FORD.

Judgment entered this 4th day of September, 2020.